FENNEMORE CRAIG, P.C.
Bruna Pedrini (No. 011662)
2394 East Camelback Road
Suite 600
Phoenix, AZ  85016-3429
Telephone:  (602) 916-5000
Email:  bpedrini@fclaw.com

Attorneys for Defendant
World Travel Inns Limited Partnership VII

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Fernando Gastelum,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>World Travel Inns Limited Partnership VII,<br><br>　　　　　Defendant. | No. 2:18-CV-00412-DKD<br><br>**NOTICE OF SETTLEMENT**<br><br>(Assigned to the Honorable David K. Duncan) |

　　　The parties provide notice that the above-captioned matter has been resolved.  The parties request 60 days before the Court dismisses the matter with prejudice to allow the parties to finalize settlement documents.

　　　RESPECTFULLY SUBMITTED this 16th day of April, 2018.

STROJNIK, P.C.                                              FENNEMORE CRAIG, P.C.


By *s/ Bruna Pedrini (w/permission)*                By *s/ Bruna Pedrini*
　　Peter Strojnik                                              Bruna Pedrini
　　Attorney for Plaintiff                                    Attorneys for Defendant
　　Fernando Gastelum                                     World Travel Inns Limited
　　                                                                     Partnership VII

**CERTIFICATE OF SERVICE**

I hereby certify that on April 16, 2018, I electronically transmitted the attached document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Peter Strojnik
STROJNIK P.C.
2375 East Camelback Road Suite 600
Phoenix, Arizona 85016
Telephone: (602) 524-6602
ADA@strojnik.com
Attorneys for Plaintiff

　　　　　　　　　　　　　　　　*s/ Shari Beville*
　　　　　　　　　　　　　　　　Shari Beville

13843819