# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Fernando Gastelum, | No. CV-18-0412-PHX-DKD |
| Plaintiff, | |
| v. | **ORDER** |
| Verizon Wireless (VAW) LLC, et al., | |
| Defendants. | |

Pursuant to the Notice of Settlement filed April 16, 2018 (Doc. 24),

**IT IS ORDERED** vacating the Rule 16 Case Management Conference set May 14, 2018.

Dated this 17th day of April, 2018.

David K. Duncan
United States Magistrate Judge