# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Fernando Gastelum, | No. CV-18-0412-PHX-DKD |
| Plaintiff, | |
| v. | **ORDER** |
| World Travel Inns Limited Partnership VII, | |
| Defendant. | |

Pursuant to the parties' Stipulation for Dismissal with Prejudice (Doc. 26), and good cause appearing,

**IT IS HEREBY ORDERED** granting the parties' Stipulation for Dismissal with Prejudice (Doc. 26).

**IT IS FURTHER ORDERED** dismissing this matter with prejudice, each party to bear its own costs and attorney's fees.

Dated this 4th day of June, 2018.

David K. Duncan
United States Magistrate Judge